# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF INDIANA
### INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No. 1:12-cr-23 SEB-DML-02 |
| | ) | 1:12-cr-121-SEB-TAB-01 |
| MARK JONATHAN NEWTON, | ) | |
| | ) | |
| Defendant. | ) | |

## WITHDRAWAL OF DEFENSE OBJECTIONS TO THE PRESENTENCE INVESTIGATION REPORT

COMES NOW, Monica Foster, Gwendolyn M. Beitz and the Indiana Federal Community Defenders, appointed counsel for Mark Newton, and respectfully notifies this Court of our withdrawal of Objections 2, 3, 4, 5, 6, and 7, to the Presentence Investigation Report (PSR). The Defense does not request rulings on Objections 1 and 8, but requests that they be included as comments to accompany the PSR.

Dated: June 26, 2013

> Respectfully submitted,
> *s/Gwendolyn M. Beitz*
> Gwendolyn M. Beitz
> Indiana Federal Community Defenders, Inc.
> 111 Monument Circle, Suite 752
> Indianapolis, IN 46204
> 317-383-3520

## CERTIFICATE OF SERVICE

I certify a copy of the foregoing was filed electronically. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system.

Parties may access this filing through the Court's system.


Counsel of record


*s/Gwendolyn M. Beitz*
Gwendolyn M. Beitz